IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                    No.   4:12-CR00070-01 DPM

JASON PATRICK HARCOURT                                                DEFENDANT

UNOPPOSED MOTION (AND BRIEF) FOR FEDERAL SENTENCE TO RUN CONCURRENT TO YET TO BE IMPOSED STATE SENTENCE

In support, Defendant states:

1.      On January 31, 2013, the Court held a sentencing hearing.    During that hearing, Counsel for Defendant wanted to conduct further research on "prior custody credit" and discuss the issue with Ms. Gardner, AUSA.   The Court obliged.

2.      During the course of that research, Counsel realized that the issue that was discussed at the guidelines CLE was not the "prior custody credit," but rather, the issue of running a federal sentence concurrent to a state sentence that has not yet been imposed.    This issue is addressed by *Setser v. United States,* 132 S. Ct. 1463 (March 28, 2012).    This case solidifies that a federal sentencing judge as discretion to impose a sentence that is either concurrent or consecutive with a yet imposed state sentence.   Mr. Harcourt falls within that boundary as there is a state charge pending.

3.      Mr. Harcourt's matter is currently pending before the Honorable Leon Johnson, Jr., who is a circuit judge in Pulaski County, Arkansas.   Mr. Harcourt is set for a report the end of February.  (CR 12-1222).   Although, Mr. Harcourt is hopeful that the case will resolve with no conviction, there are no guarantees of that happening.

4.     This matter was discussed with Ms. Gardner and the government has no objection to this request.

WHEREFORE, premises considered, Defendant prays that this motion be granted.

Respectfully submitted,

/s/ Patrick J. Benca
PATRICK J. BENCA
 Ark Bar No. 99020
1311 S. Broadway St.
Little Rock, AR 72202
(501)353-0024/ fax: (501)246-3101
E-mail: PJBenca@aol.com
  *Attorney for Defendant*

CERTIFICATE OF SERVICE

I, Patrick J. Benca, certify that the foregoing was filed using the CM/ECF System, which will cause Anne Gardner, AUSA, to be served on February 5, 2013.

/s/Patrick J. Benca
PATRICK J. BENCA