# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-2026
_____

United States of America

Plaintiff - Appellee

v.

Jason Patrick Harcourt

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:12-cr-0070-DPM-1)
_____

**JUDGMENT**

Appellant has filed a Rule 42(b) motion to voluntarily dismiss the appeal. While the motion does not comply with Eighth Circuit Rule 42A, the motion concedes the court is without jurisdiction to review the matter, and the appeal is hereby dismissed for lack of appellate jurisdiction. The court's mandate shall issue in due course.

July 07, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 07, 2015

Mr. Charles Daniel Hancock
HANCOCK & LANE
610 E. Sixth Street
Little Rock, AR  72202

RE:  15-2026  United States v. Jason Harcourt

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

LMT

Enclosure(s)

cc: Ms. Anne E. Gardner
    Mr. Jason Patrick Harcourt
    Mr. Jim McCormack

District Court/Agency Case Number(s):   4:12-cr-0070-DPM-1



**15-2026 United States v. Jason Harcourt "judgment filed sua sponte dismiss case for lack of jurisdiction " (4:12-cr-0070-DPM-1)**

ca08ml_cmecf_Notify    to:                                    07/07/2015 10:11 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/07/2015

**Case Name:**    United States v. Jason Harcourt
**Case Number:**  15-2026
**Document(s):**  Document(s)

**Docket Text:**
**JUDGMENT FILED:** Appellant has filed a Rule 42(b) motion to voluntarily dismiss the appeal. While the motion does not comply with EIghth Circuit Rule 42A, the motion concedes the court is without jurisdiction to review the matter, and the appeal is hereby dismissed for lack of jurisdiction. The court's mandate shall issue in due course. -[4292293-2] [4289562-2] [4292435] [15-2026] (Lisa Tobias)

**Notice will be electronically mailed to:**

Ms. Anne E. Gardner, Assistant U.S. Attorney: Anne.Gardner2@usdoj.gov, valerie.andrews@usdoj.gov
Mr. Charles Daniel Hancock: hancock@hancocklawfirm.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


**Notice will be mailed to:**


Mr. Jason Patrick Harcourt
ARKANSAS DEPARTMENT OF CORRECTIONS
Cummins Unit
P.O. Box 500
Grady, AR 71644-0500

The following document(s) are associated with this transaction:

**Document Description:** Judgment: Clerk Directed
**Original Filename:**
/opt/ACECF/live/forms/ltobias_152026_4292435_JudgmentsClerkDirected_125.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/07/2015] [FileNumber=4292435-0]
[49825e85e646ea201894b90566a92804d1138ad55388954a1593b3310ac6445073c13b443152e9d7f5de12867efcb03c48f4a468c240548b78b03f265a5e8322]]
**Recipients:**
- Ms. Anne E. Gardner, Assistant U.S. Attorney
- Mr. Charles Daniel Hancock
- Mr. Jason Patrick Harcourt
- Mr. Jim McCormack, Clerk of Court

**Document Description:** Cover Letter
**Original Filename:**
/opt/ACECF/live/forms/ltobias_152026_4292435_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/07/2015] [FileNumber=4292435-1]
[986cf8e1f64ee653d3645edfff5536cd7fc79c185bbc4f64c03ca9280ca4d0f01ea30ec6c1ac5e8995e51eb5b7260741640ae43287f22e3c243e473a187e3103]]
**Recipients:**
- Ms. Anne E. Gardner, Assistant U.S. Attorney
- Mr. Charles Daniel Hancock
- Mr. Jason Patrick Harcourt
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4292435
**RELIEF(S) DOCKETED:**
   dismiss case for lack of jurisdiction
   extension of time to file (any) brief
   dismiss case
**DOCKET PART(S) ADDED:** 5339932, 5339933, 5339666, 5334367, 5339934