# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-2026

United States of America

Appellee

v.

Jason Patrick Harcourt

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:12-cr-0070-DPM-1)

---

**MANDATE**

In accordance with the judgment of 07/07/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 28, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit



**15-2026 United States v. Jason Harcourt "Mandate Issued" (4:12-cr-0070-DPM-1)**

ca08ml_cmecf_Notify   to:                               07/28/2015 11:09 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

# Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/28/2015
**Case Name:** United States v. Jason Harcourt
**Case Number:** 15-2026
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED. [4299746] [15-2026] (Lisa Tobias)

**Notice will be electronically mailed to:**

Ms. Anne E. Gardner, Assistant U.S. Attorney: Anne.Gardner2@usdoj.gov, valerie.andrews@usdoj.gov
Mr. Charles Daniel Hancock: hancock@hancocklawfirm.com
Honorable D. Price Marshall, U.S. District Judge: Price_Marshall@ared.uscourts.gov, Lee_Lowther@ared.uscourts.gov, Mitch_Rouse@ared.uscourts.gov, Sherri_Black@ared.uscourts.gov, Chelsea_Cash@ared.uscourts.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Jason Patrick Harcourt
ARKANSAS DEPARTMENT OF CORRECTIONS
Cummins Unit
P.O. Box 500
Grady, AR 71644-0500

The following document(s) are associated with this transaction:
**Document Description:** Mandate

**Original Filename:**
/opt/ACECF/live/forms/ltobias_152026_4299746_MandateIssuedForms_386.pdf

**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/28/2015] [FileNumber=4299746-0]
[76676fc9b7f88070ce670902a741a697baedaa02c1e3005b53b07a5e51b50a803b3a052147b0e40
dc501a7e4826ea4ddd682435bd9ed73ddefcd53581337d739]]

**Recipients:**
- Ms. Anne E. Gardner, Assistant U.S. Attorney
- Mr. Charles Daniel Hancock
- Mr. Jason Patrick Harcourt
- Honorable D. Price Marshall, U.S. District Judge
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4299746
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5353755