**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 13 2021

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Received
2021 JUN -2 AM 11: 00

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

United States of America
v.
Jason Patrick Harcourt

*Defendant*

Case No. 4:12CR00070-01 DPM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Jason Patrick Harcourt,**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

**Premature release from custody**, as further explained in the attached documents.

Date: June 2, 2021

_____
*Issuing officer's signature*

City and state: Little Rock, Arkansas

JAMES W. MCCORMACK, CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/2/2021, and the person was arrested on *(date)* 7/6/2021 at *(city and state)* Washington City 4704 |
| Date: 7/9/2021 |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |